**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 96-1453

_____

| | | |
|---|---|---|
| Shelby Harris, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| Ken Taylor; Gerald Higgins; Bill | * | |
| Armontrout, | * | |
| | * | Appeal from the United States |
| Defendants, | * | District Court for the |
| | * | Western District of Missouri. |
| Ed Keeling, | * | |
| | * | [UNPUBLISHED] |
| Appellee, | * | |
| | * | |
| Martin Ritchey, | * | |
| | * | |
| Defendant. | * | |

_____

Submitted: August 7, 1997
Filed: August 22, 1997

_____

Before WOLLMAN, LOKEN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Shelby Harris appeals the district court's[1] entry of judgment on the jury verdict in favor of defendant Paul E. Keeling in this 42 U.S.C. § 1983 action. Harris also appeals the district court's denial of his motion for a new trial. After careful review of the record on appeal and the parties' submissions, we affirm the judgment of the district court and the denial of Harris's new trial motion. See 8th Cir. R. 47B.

Harris's pending motions are denied.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.